# UNITED STATES DISTRICT COURT

for the

MIDDLE District of FLORIDA

TAMPA Division

Case No. 8:22 cv 84 CEH-CPT
*(to be filled in by the Clerk's Office)*

CARMEN A. ZAMMIELLO,
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

RICKY D. DIXON, secy, et al
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

PROVIDED TO
CHARLOTTE CI
ON 1/5/23 FOR MAILING
BY JS  C.O.2

## "AMENDED"
## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: CARMEN A. ZAMMIELLO,
All other names by which you have been known: 
ID Number: 083535
Current Institution: CHARLOTTE C. I.
Address: 33123 OIL WELL Rd.
PUNTA GORDA   FL   33955
City   State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: RICKY D. DIXON, et. al.
Job or Title (if known): Secretary,
Shield Number: N/A
Employer: STATE OF FLORIDA, DEPT OF CORR.
Address: 501 SOUTH CALHOUN ST.
TALLAHASSEE   FL   32399
City   State   Zip Code
☑ Individual capacity  ☑ Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City   State   Zip Code
☐ Individual capacity  ☐ Official capacity

Page 2 of 11

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

    _____ _____ _____
    City                State            Zip Code
    ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

    _____ _____ _____
    City                State            Zip Code
    ☐ Individual capacity   ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    FALSE ARREST/FALSE IMPRISONMENT AND ILLEGAL DETENTION FOR A NONEXISTENT CRIME, WITHOUT PROBABLE CAUSE AND W/OUT DUE PROCESS OR EQUAL PROTECTION OF LAW, "IN VIOLATION OF THE CONSTITUTION, LAWS, OR TREATIES OF THE UNITED STATES, 'A CONTINUE/WRONG' VIOLATION."

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THE CORE FACTS ARE ESSENTIALLY UNDISPUTED. THIS ACTION STEMS FROM THE FALSE ARREST/ ("CONTINUE ON ADDITIONAL PAGE(S) 'A - B'")

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

### IV. Statement of Claim → "SEE ATTACHED CONTINUATION PAGE (C)"

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

ARRESTED AT MARIO'S PIZZA, ST. PETERSBURG, FLORIDA ON MAR. 10th 2004, WITHOUT REASONABLE SUSPICION, PROBABLE CAUSE, A VALID COMPLAINT OR WARRANT AND W/OUT DUE PROCESS OR EQUAL PROTECTION OF LAW, A CONTINUING WRONG VIOLATION, [SEE EX "D" AT PP. 1-4].

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

"ATTACHED CONTINUATION PAGE 'A' AS NEEDED"

FALSE IMPRISONMENT AND ILLEGAL DETENTION OF THE PLAINTIFF FOR A NONEXISTENT CRIME "AFTER AN UNCORROBORATED TELEPHONE TIP ON MAR. 10th 2004, TO THE CITY OF ST. PETERSBURG POLICE DEPT. CONCERNING A POSSIBLE BURGLARY IN-PROGRESS AND DUE TO AN IMPROPER POLICE INVESTIGATION, BECAUSE THE DEFENDANT POLICE OFFICER'S [S. BANKS AND D. MAUCH] 'FAILED TO CONTACT, INTERVIEW OR INVESTIGATE THE DEF. MANETTA'S EMPLOYEES, THE TIPSTERS THAT INITIALLY REPORTED THE ALLEGED BURGLARY IN-PROGRESS WAS TAKEN PLACE' AND AS SUCH IS TRUE, 'THE DEFENDANT POLICE OFFICERS [BANKS AND MAUCH] DID, WHILE ACTING UNDER COLOR OF STATE LAW WITH A PRIVATE PERSON — THE DEF. MANETTA, IN CONCERT, COLLABORATION, AND CONSPIRACY WITH EACH OTHER, HAD ACTED IN BAD FAITH TOWARD ME WITH INTENTIONAL, MALICIOUS, AND RECKLESS DISREGARD OF MY CONSTITUTIONAL RIGHTS', VIOLATED MY FOURTH AND FOURTEENTH AMENDMENT RIGHTS AND MY CIVIL RIGHTS UNDER 42 U.S.C. SECTIONS 1983 AND 1985, COLLECTIVELY', WHEN THEY ACTED WITH EVIL INTENT AND MOTIVE, MALICIOUSLY CONFINED ME ILLEGALLY AGAINST MY WILL WITHOUT REASONABLE SUSPICION, PROBABLE CAUSE, A VALID COMPLAINT OR WARRANT AND WITHOUT DUE PROCESS OR EQUAL PROTECTION OF

"CONTINUE ON ADDITIONAL PAGE 'B'"

"ADDITIONAL CONTINUATION PAGE 'B'"

LAW, BECAUSE A MAN SITTING IN AN OPEN OFFICE OF AN OPEN PIZZA BUSINESS IS NOT INHERENTLY CRIMINAL AND AS SUCH IS TRUE, IN FLORIDA, AN ARRESTING OFFICER IS REQUIRED TO CONDUCT A REASONABLE INVESTIGATION TO ESTABLISH PROBABLE CAUSE. . " [see EX "A" AT PP 1-6 AND COMPARE TO EX "D" AT PP 1-4, EX "E" AT PP 1-5, EX "E-1" AP PP 1-14, AND THEN TO EX "F" AT PP 1-4, COLLECTIVELY].

"END OF ADDITIONAL ATTACHED PAGES 'A-B'"

(( ATTACHED CONTINUATION PAGE 'C' AS NEEDED ))

THE CORE FACTS ARE ESSENTIALLY UNDISPUTED AND THE PERTINENT RELEVANT FACTS OF THE INSTANT AMENDED COMPLAINT ARE FULLY LAID OUT IN DETAIL IN MY ORIGINAL AND PREVIOUS COMPLAINTS FILED IN 2013 (EX "A") AND 2018 (EX "B"), COLLECTIVELY, "WHERE ALL THE OTHER DEFENDANTS EXCEPT THE NOW NEWLY APPOINTED RICKY D. DIXON, SECRETARY, F.D.O.C. WERE NAMED." [See EX "A" AND "B" COLLECTIVELY].

THE PLAINTIFF NOW FILES THE INSTANT AMENDED SUPPLEMENTED COMPLAINT AGAINST ALL PREVIOUSLY NAMED DEFENDANTS, TO ADD AND/OR INCLUDE THE NEWLY APPOINTED RICKY D. DIXON, SECRETARY, F.D.O.C., SEEKING INJUNCTIVE RELIEF BECAUSE IN THE CASE SUB JUDICE, "WHERE ALL THE PREVIOUSLY NAMED DEFENDANTS, ACTING UNDER COLOR OF STATE LAW, IN CONCERT, COLLABORATION, AND CONSPIRACY WITH EACH OTHER, WITH THE EVIL MOTIVE AND INTENT, TO MALICIOUSLY CONFINE ME AGAINST MY WILL, WITHOUT PROBABLE CAUSE, BY ENGAGING IN MISREPRESENTATION, CONCEALMENT OR OTHER GOVERNMENTAL MISCONDUCT WITHOUT DUE PROCESS OR EQUAL PROTECTION OF LAW, THERE VEHEMENTLY EXISTS A LIKELIHOOD OF SUBSTANTIAL IMMEDIATE IRREPARABLE HARM WITHOUT AN INJUNCTION AND THE REMEDIES AT LAW, SUCH AS MONEY DAMAGES ARE INADEQUATE,

"CONTINUE ON ADDITIONAL PAGE 'D'"

((ATTACHED CONTINUATION PAGE 'D' AS NEEDED))

BECAUSE THE THREAT OF CONTINUED GOVERNMENT MISCONDUCT MAKES THE THREAT OF THE CONSTITUTIONAL DEPRIVATIONS ONGOING, i.e., A SERIES OF WRONGFUL ACTS CREATS A SERIES OF CLAIMS UNDER THE FEDERAL DOCTRINE OF CONTINUING WRONGS' AND THUS, BECAUSE I WAS TREATED DIFFERENTLY FROM OTHER PRISONERS WHO WERE IN A SIMILAR SITUATION WITH SIMILAR CIRCUMSTANCES AND THE UNEQUAL TREATMENT RESULTED FROM INTENTIONAL AND PURPOSEFUL DISCRIMINATION AFTER SECRETARY DIXON BECAME AWARE OF THE CONSTITUTIONAL VIOLATIONS THROUGH THE INFORMATION HE RECEIVED FROM THE FILING OF MY PREVIOUS LAWSUITS, HE FAILED TO ACT TO REMEDY THE CONTINUING WRONGS BY REFUSING TO DO HIS JOB WHEN HE WAS ON NOTICE THAT I AM BEING ILLEGALLY DETAINED AGAINST MY WILL WITHOUT PROBABLE CAUSE FOR A NONEXISTENT CRIME AND AS SUCH IS TRUE, FOR PURPOSES OF SECTIONS 1983 AND 1985 COLLECTIVELY, MR DIXON IS PERSONALLY INVOLVED IN THE INSTANT SUIT AS SUPERVISOR OVER F.D.O.C. AND THUS, HE KNEW OR SHOULD HAVE KNOWN THAT I AM BEING ILLEGALLY DETAINED AGAINST MY WILL, WITHOUT PROBABLE CAUSE AND WITHOUT DUE PROCESS OR EQUAL PROTECTION OF THE LAW, "A CONTINUING WRONG VIOLATION" BUT DID NOT TRY TO

"CONTINUE ON ADDITIONAL PAGE 'E'"

((ATTACHED CONTINUATION PAGE 'E' AS NEEDED))

STOP OR FIX IT, INSTEAD, SECRETARY DIXON CONTINUES TO DIRECTLY PARTICIPATE IN VIOLATING MY FEDERAL AND STATE DUE PROCESS AND/OR EQUAL PROTECTION OF LAW RIGHTS 'BY INTENTIONALLY AND MALICIOUSLY KEEPING ME ILLEGALLY IMPRISONED AGAINST MY WILL FOR A NONEXISTENT CRIME, WITHOUT PROBABLE CAUSE AND WITHOUT DUE PROCESS OR EQUAL PROTECTION OF LAW, 'A CONTINUING WRONG VIOLATION' BY ACTING UNDER COLOR OF STATE LAW IN CONCERT, COLLABORATION, AND CONSPIRACY WITH ALL THE OTHER NAMED DEFENDANTS' BECAUSE THE FED. R. CIV. P. 17(c) APPLIES TO HABEAS PETITIONERS, AS IT DOES TO OTHER CIVIL LITIGANTS AND AS SUCH IS TRUE, 'AN INJUNCTION IS NECESSARY TO PROTECT MY CONSTITUTIONAL RIGHTS' UNTIL MY SEVENTH AMENDMENT RIGHT TO JURY TRIAL IS OVER..." [see EX "B" AT PP. 7-16 AND COMPARE TO EX "C" AT PP. 1-3; EX "D" AT PP. 1-4; EX "E" AT PP. 1-5; EX "E-1" AT PP. 1-14 AND THEN TO EX "F" AT PP. 1-4, COLLECTIVELY WITH EX "A" AT PP. 1-6].

(END OF ADDITIONAL ATTACHED PAGES 'C-E')

C. What date and approximate time did the events giving rise to your claim(s) occur?

[SEE EX "D" AT PP. 1-4]

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

[SEE MY ORIGINAL COMPLAINT UNDER CASE # 8:13-CV-1959-T-17EAJ (EX "A" AT PP. 1-3) AND MY PREVIOUS COMPLAINT UNDER CASE # 8:18-CV-02988-VMC-CPT (EX "B" AT PP. 7-16) COLLECTIVELY].

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

[SEE MY PREVIOUS COMPLAINT (EX "B") AT SECTION V. FOR INJURIES, IN ADDITION TO THE ATTACHED CONTINUATION PAGE(S) "F" COLLECTIVELY].

VI. **Relief** "JURY TRIAL DEMAND"

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

THE PLAINTIFF, IN ADDITION TO BRINGING BOTH INJUNCTIVE RELIEF AND DAMAGE AWARD CLAIMS NOT TO EXCEED $1.5 MILLION DOLLARS TOTAL FROM ALL THE NAMED DEFENDANTS INVOLVED, I'M ALSO DEMANDING MY SEVENTH AMENDMENT RIGHT TO A JURY TRIAL ON

("CONTINUE ON ADDITIONAL PAGE(S) 'H'")

((ATTACHED CONTINUATION PAGE "F" AS NEEDED))

IN ADDITION TO MY PREVIOUS COMPLAINT (EX "B"), THE PLAINTIFF NOW REQUESTS COMPENSATORY AND PUNITIVE DAMAGE AWARDS NOT TO EXCEED $1.5 MILLION DOLLARS TOTAL FROM ALL DEFENDANTS INVOLVED "FOR DEPRIVING ME OF MY FEDERAL AND STATE GUARANTEED CONSTITUTIONAL RIGHTS BY EVIL CONTINUING WRONGFUL ACTIONS, 'TO INTENTIONALLY AND MALICIOUSLY KEEP ME IMPRISONED ILLEGALLY AGAINST MY WILL, WITHOUT PROBABLE CAUSE, DUE PROCESS OR EQUAL PROTECTION OF LAW FOR A NONEXISTENT CRIME, WHILE CONTINUING TO ACT UNDER THE COLOR OF STATE LAW WITH EACH OTHER, WITH THE EVIL MOTIVE AND INTENT TO HARM AND/OR INJURE ME, A SERIES OF WRONGFUL ACTS THAT CREATES A SERIES OF CLAIMS UNDER THE FEDERAL DOCTRINE OF CONTINUING WRONGS' BECAUSE WHEN A TORT INVOLVES CONTINUING INJURY, AS IN THE INSTANT CASE, THE CAUSE OF ACTION ACCRUES, AND THE LIMITATIONS PERIOD BEGINS TO RUN, AT THE TIME THE TORTIOUS CONDUCT CEASES AND AS SUCH IS TRUE, IN THE INSTANT CASE OF FALSE IMPRISONMENT, IN A 42 U.S.C.S. Sec 1983 SUIT, EVEN THOUGH A STATE STATUTE IS APPLIED, THE QUESTION WHEN A FEDERAL CAUSE OF ACTION ACCRUES IS A MATTER OF FEDERAL, NOT STATE LAW.." [See EX "A" AT PP 1-6 AND COMPARE TO EX "B" AT PP. 7-16; EX "C"

"CONTINUE ON ADDITIONAL PAGE 'G'"

((ATTACHED CONTINUATION PAGE 'G' AS NEEDED))

AT PP. 1-3 ; EX "D" AT PP. 1-4 ; EX "E" AT PP. 1-5 ; EX "E-1" AT PP. 1-14 AND THEN TO EX "F" AT PP. 1-4, COLLECTIVELY ].

(END OF ADDITIONAL ATTACHED PAGE(S) 'F-G')

(( ATTACHED CONTINUATION PAGE "H" AS NEEDED ))

THE DAMAGE CLAIMS CONTAINED HEREIN FOR FALSE ARREST/FALSE IMPRISONMENT AND ILLEGL DETENTION WITHOUT PROBABLE CAUSE AND WITHOUT DUE PROCESS OR EQUAL PROTECTION OF LAW BECAUSE "THERE ARE VEHEMENTLY EXISTING TRIABLE ISSUES OF FACT AS TO WHETHER DEF RICKY DIXON'S ALLEGED EVIL ACTS WAS THE PRODUCT OF A CORRUPT CONSPIRACY INVOLVING THE OTHER NAMED DEFENDANTS' AND WHETHER SUCH VIOLATIONS WAS UNDER COLOR OF STATE LAW 'WHERE SECRETARY DIXON KNEW OR SHOULD HAVE KNOWN' THAT I AM BEING ILLEGALLY DETAINED AGAINST MY WILL FOR A NONEXISTENT CRIME WITHOUT PROBABLE CAUSE, DUE PROCESS OR EQUAL PROTECTION OF LAW, 'A CONTINUING WRONGS VIOLATION' BUT HE DID NOTHING TO TRY TO STOP OR FIX IT AND AS SUCH IS TRUE, IT APPEARS THAT SECRETARY DIXON IS DIRECTLY PARTICIPATING IN THE 'CONTINUING WRONG VIOLATIONS' BY INTENTIONALLY AND MALICIOUSLY KEEPING ME IMPRISONED ILLEGALLY AND AGAINST MY WILL, WITHOUT PROBABLE CAUSE AND WITHOUT DUE PROCESS OR EQUAL PROTECTION OF LAW..." [ SEE ALL ATTACHED EXHIBITS "A - F" COLLECTIVELY ]; e.g. cf. PROVERBS 3: 5-6 KJV (1611).

(( END OF ADDITIONAL ATTACHED PAGE "H" ))

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes           "NOT AVAILABLE"
☐ No            N/A
                SEE EX "C" AND "A"

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes           "NOT APPLICABLE"
☐ No            N/A
☐ Do not know
                SEE EX "C"

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No            "NOT APPLICABLE"
☐ Do not know   N/A

If yes, which claim(s)?   SEE EX "C" AND "A"

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes    "N/A - SEE EX "C" AND "B"
☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes    "N/A - SEE EX. "C" AND "A & B"
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   "N/A SEE EX "C"; EX "A AND B"

2. What did you claim in your grievance?

   "N/A SEE EX "C"; EX "A AND B"

3. What was the result, if any?

   SEE EX "C"; "A AND B"

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   SEE EX "B" & "C"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

"N/A SEE EX "B" & "A""

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

"SEE EX'S. 'B & C' COLLECTIVELY WITH EX 'A'"

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

[SEE ALL RELEVANT EXHIBITS 'A - F' COLLECTIVELY]

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes  "NOT APPLICABLE" UNDER MILLER-V-DONALD, SUPRA, Id, 541 F 3d 1091 (11th CIR. 2008). LAWHORN-V-ALLEN,
☐ No  SUPRA, Id (11th CIR. 2008)(SAME). DONALDSON-V-O'CONNOR, SUPRA, Id, (5th CIR 1974)(FACTUALLY THE SAME) AND THE FEDERAL DOCTRINE OF "CONTINUING WRONGS" (SAME).

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

[SEE ALL RELEVANT EXHIBITS "A - C" COLLECTIVELY]

Page 8 of 11

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes  [ SEE EXHIBITS "A - C" COLLECTIVELY ]
☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit  [ SEE EXHIBITS "A - C" COLLECTIVELY ]
   Plaintiff(s) ̶
   Defendant(s) ̶

2. Court *(if federal court, name the district; if state court, name the county and State)* ̶

3. Docket or index number ̶

4. Name of Judge assigned to your case ̶

5. Approximate date of filing lawsuit ̶

6. Is the case still pending?   [ SEE EX. "B" AT PP. 12 - 16
   ☑ Yes                        COLLECTIVELY WITH EX. "C"
   ☐ No                         AT PP. 1 - 3 ].

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   [ SEE ALL RELEVANT EXHIBITS "A - C" COLLECTIVELY ].

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes [SEE ALL RELEVANT EXHIBITS "A-C"
☐ No     COLLECTIVELY]

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit  [SEE ALL EXHIBITS "A-C"]
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☑ Yes [SEE ALL EXHIBITS "A - C" COLLECTIVELY]
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   [SEE ALL RELEVANT EXHIBITS "A - C"]

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec. 31st 2021

Signature of Plaintiff: Carmen A. Zammiello
Printed Name of Plaintiff: CARMEN A. ZAMMIELLO
Prison Identification #: 083535
Prison Address: CHARLOTTE C.I., 33123 Oil Well Rd
PUNTA GORDA, FL 33955

### B. For Attorneys "NOT APPLICABLE", SEE e.g. CF. ROMANS ch. 13, KJV (1611).

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address: